IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RASHAAN SHARIF, | |
|     Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:14-cv-00446-GGB |
| NORTHSIDE CORP., | |
|     Defendant. | |

## **ORDER**

    This is a case brought under the Fair Labor Standards Act, 29 U.S.C. § 201 <u>et seq.</u> The parties have consented to the jurisdiction of the undersigned Magistrate Judge. The case is now before the Court on the parties' joint motion for approval of a settlement and release agreement (Doc. 22). Before a claim under the FLSA may be settled, the Court must first review the proposed settlement and enter a stipulated judgment approving its fairness. <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982). In determining whether the settlement is fair and reasonable, the Court may consider factors such as (1) the existence of fraud or collusion behind the settlement; (2) the complexity, expense, and likely duration of the litigation; (3) the state of the proceedings and the amount of discovery completed; (4) the probability of the plaintiff's success on the merits; (5) the range of possible

recovery; and (6) the opinions of counsel.  <u>Leverso v. SouthTrust Bank of Ala., Nat'l Assoc.</u>, 18 F.3d 1527, 1530 n.6 (11th Cir. 1994).

Having read and reviewed the Settlement Agreement submitted by the parties, I find that the agreement reflects a reasonable compromise over the issues and is a fair and reasonable resolution of a bona fide dispute in this matter.  See <u>Lynn's Food Stores</u>, 679 F.2d at 1355.  The settlement awards Plaintiff all of the back pay and liquidated damages that he believes that he is owed.  The settlement also provides for an award of expenses and attorneys' fees that both sides find to be reasonable.  The parties' joint motion for approval of the settlement is **GRANTED.**  The Court will retain jurisdiction over this matter until all payments described in Paragraph 1 of the Settlement Agreement have been made.

IT IS SO ORDERED this 24th day of September, 2014.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE